**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
RAMON AMADOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-CR-00143 DAD/BAM |
| Plaintiff, | **ORDER GRANTING APPLICATION TO BE RELIEVED AS COUNSEL** |
| vs. | |
| RAMON AMADOR, | |
| Defendants. | |

It is hereby ordered that Dale Blickenstaff be relieved as counsel in this case and that attorney Monica Bermudez be appointed as new counsel.

IT IS SO ORDERED.

Dated:  **March 31, 2021**                    /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING APPLICATION TO BE RELIEVED AS COUNSEL
1