1  MONICA L. BERMUDEZ
   ATTORNEY AT LAW
2  Monica L. Bermudez, SBN 275434
3  1670 M. Street
   Bakersfield, CA 93301
4  Tel: (661)616-2141
   Email: monica@lawbermudez.com
5
6  Attorney for:
   RAMON AMADOR
7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:19-CR-00143 ADA-BAM

12 |            Plaintiff,

13 |        v.                  | STIPULATION TO CONTINUE
                                  SENTENCONG HEARING: FINDINGS AND
14 | RAMON AMADOR ,             | ORDER

15 |            Defendants.

16 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANA

17 de ALBA; AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY

18     COMES NOW, Defendant, RAMON AMADOR, by and through his attorney of record,

19 MONICA L. BERMUDEZ, and the United States of America, by and through his counsel of

20 records hereby stipulate as follows:

21     1. By provision order, this matter was set for sentencing on March 6, 2023.

22     2. By this stipulation, defendant now move to continue the sentencing hearing to March

23        27, 2023 at 8:30 a.m. before the Honorable Ana de Alba. The government joins in this

24        request.

25     3. The parties agree and stipulate, and request that the Court find the following:

26     a. The Presentence Investigation Report interview was unable to be conducted in a

27        timely manner, due to unavailability of defense counsel and Probation based on the

28        defendant's housing in Tulare County jail, which caused delays in the draft

                                          1

Presentence Investigation Report's completion. The draft Presentence Investigation Report has been completed and submitted to counsel at this time.

    b. It is requested the sentencing hearing be continued to March 27, 2023, with informal objections due by February 27, 2023 and the final Presentence Investigation Report due on March 6, 2023.

    c. The government does not object to, and agrees with , the requested continuance.

IT IS SO STIPULATED.

DATED: February 15, 2023

    /s/Monica L. Bermudez\_\_\_
    Counsel for Defendant
    RAMON AMADOR

DATED: February 15, 2023

    /s/ Justin Gilio\_\_\_\_\_
    Assistant United States Attorney

### ORDER

**IT IS FOUND AND ORDERED** that the sentencing date be continued to March 27, 2023, at 8:30 a.m.; informal objections due by February 27, 2023; and the final Presentence Investigation Report due March 6, 2023.

IT IS SO ORDERED.

    Dated:   February 17, 2023

    UNITED STATES DISTRICT JUDGE

2