Monica L. Bermudez, BAR #275434
Attorney at Law
1670 "M" St
Bakersfield, CA 93306
Telephone: 661-616-2141
Facsimile: 661-322-7675

Attorney for Defendant Ramon Amador

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Ramon Amador,<br><br>　　　　　　Defendant. | No. 1:19-CR-00143 ADA<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MONICA L BERMUDEZ AS ATTORNEY OF RECORD ORDER** |

On November 14, 2019, Defendant Ramon Amador was indicted on federal charges. CJA Panel Attorney Monica L. Bermudez was appointed as trial counsel to represent Mr. Amador on March 31, 2021, in his criminal case. Mr. Amador was sentenced pursuant to a plea agreement on March 27, 2023. The time for filing a direct appeal was April 11, 2023. No direct appeal was filed. Mr. Amador was in custody at sentencing. The trial phase of Mr. Amador's criminal case has, therefore, come to an end.  Having completed her representation of Mr. Amador CJA attorney Monica L. Bermudez now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Amador require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 07/24/2023                              Respectfully submitted,

*/s/ Monica L. Bermudez*
Monica L. Bermudez,
Attorney for Defendant
Ramon Amador

### ORDER

Having reviewed the notice and found that attorney Monica L. Bermudez has completed the services for which he was appointed, the Court hereby grants attorney Monica L, Bermudez's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Ramon Amador at the following address and to update the docket to reflect Defendant's pro se status and contact information.

FCI BERLIN
REGISTER # 78265-097
1 SUCCESS LOOP ROAD
BERLIN, NH 03570

IT IS SO ORDERED.

Dated:   July 24, 2023

UNITED STATES DISTRICT JUDGE